# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| MARLON RANDALL JACKSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION 19-0164-CG-MU-C |
| ) | |
| BP EXPLORATION & ) | |
| PRODUCTION, INC., and BP ) | |
| AMERICA PRODUCTION ) | |
| COMPANY, ) | |
| ) | |
| Defendants. ) | |

## ORDER

The parties having filed a Joint Stipulation for Dismissal on January 8, 2020 (Doc. 25), it is **ORDERED** that this matter be and is hereby **DISMISSED with prejudice**.[1] Each party shall bear his or its own costs.

**DONE** and **ORDERED** this 9th day of January, 2020.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] In light of the foregoing, the Court finds Defendants' motion for summary judgment (Doc. 21) and Motion to Suspend Defendants' Expert Report Due Date (Doc. 24) to be **MOOT**.